**Amjad ABBAS, Plaintiff–Appellant,**

v.

**U.S. IMMIGRATION & NATU-
RALIZATION SERVICE,
Defendant–Appellee.**

No. 01–7873.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2002.

Decided Feb. 11, 2002.

Amjad Abbas, Appellant Pro Se. Kent Pendleton Porter, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

Amjad Abbas appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Abbas v. INS*, No. CA–01–250–2 (E.D.Va. Oct. 12, 2001). We also deny Abbas' motions for bail, summary judgment, an injunction, and declaratory relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*